

Cliente: JERONIMO RIVERA

### *SERVICIOS LEGALES - LEGAL SERVICES*

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sept 26, 2019 | Emails and Calls w/Pandeli | 1.0 | $350 | LS |
| October 2, 2019 | Research on Lexis | 1.0 | $300 | LS |
| October 4, 2019 | Internet Research to Find Owners of Corp | .50 | $175 | LS |
| October 8, 219 | Research, Corp and Business Entity | .50 | $175 | LS |
| October 8, 2019 | Emails w/Pandeli Regarding ownership | .50 | $175 | LS |
| October 9, 2019 | Phone call w/Jeronimo Rivera | .50 | $175 | LS |
| October 9, 2019 | Call w/Pandeli regarding owners | .50 | $175 | LS |
| October 11, 2019 | Draft Complaint and File | 1.5 | $450 | LS |
| October 21, 2019 | Call w/Jeronimo regarding time sheets | 1.0 | $350 | LS |
| October 22, 2019 | Call w/SERVICO- Denise Lewis | .25 | $87.50 | LS |
| October 28, 2019 | Emails regarding Extension-Stip w/Paul Rutiggliano | .25 | $87.50 | LS |
| October 31, 2019 | Call w/Jeronimo Rivera | .25 | $87.50 | LS |
| November 12, 2019 | Call w/Paul Rutigliano | .25 | $87.50 | LS |
| November 13, 2019 | Emails Regarding Extension | .10 | $35 | LS |
| November 25, 2019 | Emails w/Paul Rutigliano regarding Sample records | .50 | $175 | LS |
| November 26, 2019 | Examine Pay Records- Make Chart | 2.0 | $700 | LS |
| December 11, 2019 | Re-Do Chart and send to | 1.0 | $350 | LS |



| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| December 12-14 | P. Rutigliano Call w/Paul Rutigliano and Client to relay settlement offers | 1.0 | $350 | LS |
| December 20-23 | Continue Negotiation w/Counsel and Client | 1.0 | $350 | LS |
| December 12, 2019 | Call w/Paul Rutigliano | .10 | $35 | LS |
| December 27-30 | Calls and Emails to Jeronimo, re-revise Chart for him | 1.0 | $350 | LS |
| December 30th, 2019 | Letter to Court advising Settlement and Talk to Client | 1.0 | $350 | LS |
| December 26, 2019 | Emails with Carla Gonzalez regarding Conference in Long Island | .5 | $150 | LS |
| December 30th, 2019 | Joint Motion to Adjourn | .5 | $150 | LS |
| January 15, 2019 | Draft Settlement Agreement | 1.0 | $350 | LS |
| January 15-22, 2019 | Draft FINAL Settlement Agreement | 2.0 | $700 | LS |

Balance/Balance $6,720

Costs $700

Total $ 7,420